Lyn Agre (CA Bar No. 178218)
lagre@kasowitz.com
Jason S. Takenouchi (CA Bar No. 234835)
jtakenouchi@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile:  (415) 398-5030

Marc A. Kasowitz (*pro hac vice*)
mkasowitz@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

Attorneys for Defendants
TPG CAPITAL, L.P. and TPG GLOBAL, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM LEVINE,<br><br>                    Plaintiff,<br><br>    vs.<br><br>TPG CAPITAL, L.P. and TPG GLOBAL, LLC ,<br><br>                    Defendants. | Case No. 15-CV-01508-LB<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Before the Hon. Laurel Beeler** |

**STIPULATION**

WHEREAS, on June 4, 2015, Defendants TPG Capital, L.P. and TPG Global, LLC filed the parties' Stipulation Extending Time to Respond to Complaint [Dkt. 16], which extended "the time for Defendants to answer or otherwise respond to Plaintiff's Complaint in the above-captioned action [ ] to July 13, 2015";

WHEREAS, this Court's Order Setting Initial Case Management Conference and ADR Deadlines, entered April 2, 2015 [Dkt. 5] (the "Scheduling Order") set certain deadlines, including the Initial Case Management Conference for 11:00 a.m. on July 2, 2015; and

WHEREAS, this Stipulation is entered into by Defendants without waiver of, and expressly reserving, their rights to challenge the jurisdiction of this Court, the proper venue for this action, and any other issues with the exception of the right to have the case heard by an Article III judge;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that:

1.  Pursuant to Civil Local Rule 6-2, and for the reasons set forth in the attached Declaration of Lyn R. Agre, executed June 4, 2015, the parties request an Order continuing the Initial Case Management Conference from 11:00 a.m. on July 2, 2015, to August 6, 2015, at 11:00 a.m., or a later time convenient to the Court; and

2.  Pursuant to the Scheduling Order, because the Initial Case Management Conference is continued, the other deadlines should be continued accordingly. (*See* Scheduling Order at 2.)

IT IS SO STIPULATED.

DATED:  June 4, 2015          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By:     */s/ Lyn R. Agre*
        Lyn R. Agre

Attorneys for Defendants TPG CAPITAL, L.P. and TPG GLOBAL, LLC

1

Stipulated Request and [Proposed] Order to Continue Case Schedule and Initial Case Management Conference,
Case No. 15-CV-01508-LB

DATED: June 4, 2015                    OUTTEN & GOLDEN LLP

By:  /s/ *Tammy Marzigliano*
     Tammy Marzigliano (admitted *pro hac vice*)

Attorneys for Plaintiff Adam Levine

### [PROPOSED] ORDER

Pursuant to the above stipulation, IT IS HEREBY ORDERED that:

1. The Initial Case Management Conference scheduled for 11:00 a.m. on July 2, 2015 is hereby continued to August 6, 2015, at 11:00 a.m.

2. All deadlines associated with the Initial Case Management Conference or set by the Order Setting Initial Case Management Conference and ADR Deadlines, entered April 2, 2015 [Dkt. 5], are continued accordingly.

DATED: June 5, 2015              By: _____
                                 The Honorable Laurel Beeler
                                 United States Magistrate Judge

1  **ATTESTATION OF CONCURRENCE IN FILING**

2  Pursuant to Civil Local Rule 5-1(i)(3), I declare that concurrence has been obtained from

3  each of the above signatories to file this document with the Court.

4   */s/ Lyn R. Agre*
Lyn R. Agre