Jahan C. Sagafi (Cal. Bar No. 224887)
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-mail: jsagafi@outtengolden.com

Tammy Marzigliano (*pro hac vice*)
Monique Chase (*pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-mail: tm@outtengolden.com
E-mail: mchase@outtengolden.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM LEVINE,<br><br>        Plaintiff,<br><br>vs.<br><br>TPG CAPITAL, L.P. and TPG GLOBAL, LLC,<br><br>        Defendants. | Case No. 15-CV-01508-LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>**Before the Hon. Laurel Beeler** |

1  TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE
2  COUNSEL OF RECORD:
3      Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses the
4  above-captioned action, and all claims therein, with prejudice. Defendants have not answered the
5  complaint or filed a motion for summary judgment. This dismissal shall be with prejudice, with
6  each side to bear its own costs and fees.

8  DATED: June 22, 2015      OUTTEN & GOLDEN LLP

9       By:    /s/ *Tammy Marzigliano*
          Jahan C. Sagafi (Cal. Bar No. 224887)
          OUTTEN & GOLDEN LLP
          One Embarcadero Center, 38th Floor
          San Francisco, CA 94111
          Telephone: (415) 638-8800
          Facsimile: (415) 638-8810
          E-mail: jsagafi@outtengolden.com

          Tammy Marzigliano (*pro hac vice*)
          Monique Chase (*pro hac vice*)
          OUTTEN & GOLDEN LLP
          3 Park Avenue, 29th Floor
          New York, New York 10016
          Telephone: (212) 245-1000
          Facsimile: (646) 509-2060
          E-mail: tm@outtengolden.com
          E-mail: mchase@outtengolden.com

          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was transmitted via electronic service on this 22nd day of June, 2015, to:

Lyn Agre
lagre@kasowitz.com
Jason S. Takenouchi
jtakenouchi@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: -(415) 398-5030

Marc A. Kasowitz
mkasowitz@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

/s/ Tammy Marzigliano
Tammy Marzigliano