| | |
|---|---|
| 1 | Jahan C. Sagafi (Cal. Bar No. 224887) |
| | OUTTEN & GOLDEN LLP |
| 2 | One Embarcadero Center, 38th Floor |
| | San Francisco, CA 94111 |
| 3 | Telephone: (415) 638-8800 |
| | Facsimile: (415) 638-8810 |
| 4 | E-mail: jsagafi@outtengolden.com |
| 5 | Tammy Marzigliano (*pro hac vice*) |
| | Monique Chase (*pro hac vice*) |
| 6 | OUTTEN & GOLDEN LLP |
| | 3 Park Avenue, 29th Floor |
| 7 | New York, New York 10016 |
| | Telephone: (212) 245-1000 |
| 8 | Facsimile: (646) 509-2060 |
| | E-mail: tm@outtengolden.com |
| 9 | E-mail: mchase@outtengolden.com |
| 10 | *Attorneys for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAM LEVINE, | Case No. 15-CV-01508-LB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| vs. | |
| TPG CAPITAL, L.P. and TPG GLOBAL, LLC, | **Before the Hon. Laurel Beeler** |
| Defendants. | |

Notice of Voluntary Dismissal With Prejudice, Case No. 15-CV-01508-LB

1  TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE
2  COUNSEL OF RECORD:
3      Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses the
4  above-captioned action, and all claims therein, with prejudice. Defendants have not answered the
5  complaint or filed a motion for summary judgment. This dismissal shall be with prejudice, with
6  each side to bear its own costs and fees.

8  DATED: June 22, 2015      OUTTEN & GOLDEN LLP

9                                By:  /s/ *Tammy Marzigliano*
                                       Jahan C. Sagafi (Cal. Bar No. 224887)
10                                    OUTTEN & GOLDEN LLP
                                   One Embarcadero Center, 38th Floor
11                                    San Francisco, CA 94111
                                   Telephone: (415) 638-8800
12                                    Facsimile: (415) 638-8810
                                   E-mail: jsagafi@outtengolden.com
13

14                                    Tammy Marzigliano (*pro hac vice*)
                                   Monique Chase (*pro hac vice*)
15                                    OUTTEN & GOLDEN LLP
                                   3 Park Avenue, 29th Floor
16                                    New York, New York 10016
                                   Telephone: (212) 245-1000
17                                    Facsimile: (646) 509-2060
                                   E-mail: tm@outtengolden.com
18                                    E-mail: mchase@outtengolden.com

19                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was transmitted via electronic service on this 22nd day of June, 2015, to:

Lyn Agre
lagre@kasowitz.com
Jason S. Takenouchi
jtakenouchi@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: -(415) 398-5030

Marc A. Kasowitz
mkasowitz@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

/s/ Tammy Marzigliano
Tammy Marzigliano